*Mc MAHON, J*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Omega Consulting, as Assignee of<br>Champagne Dye Works Inc<br>    **Plaintiff**<br><br>-v-<br><br>Rob Roy Inc<br>    **Defendants** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO.  1:09-cv-02627-CM<br><br><br>Order Substituting Real Party |

Having reviewed Plaintiff's Ex-Parte Motion For Substitution of Real Party In Interest in this Court, and being cognizant of law and facts,

IT IS HEREBY ORDERED ADJUDGED AND DECREED: That Eric Dangerfield is hereby substituted as the real party in interest in this matter, and Plaintiff shall serve a copy of this order on Defendant via ordinary mail postage-prepaid within seven days of the date of this order.

SIGNED on this 15 day of April, 2009.

By: _____

USDJ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/09

Mc Mahon T

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Omega Consulting, as Assignee of | § | CASE NO.  1:09-cv-02627-CM |
| Champagne Dye Works Inc | § | |
| **Plaintiff** | § | |
| | § | |
| -v- | § | Ex-Parte Motion For Substitution |
| | § | Of Real Party In Interest |
| Rob Roy Inc | § | |
| **Defendants** | § | |

Eric Dangerfield d/b/a Omega Consulting, files this Ex-Parte Motion For Substitution of

Real Party In Interest in this Court, and shows this Court, as follows:

1.     Eric Dangerfield suit in this matter was docketed on March 23, 2009 under said

individuals' assumed name that has been issued pursuant to the laws of the state of Texas.

2.     Under Texas law, a sole proprietorship has no existence separate from its owner.

3.     For clarification purposes, and in accord with traditional notions of due process,

Eric Dangerfield hereby asks this Court to enter an order thereby substituting Eric Dangerfield as

the correct Plaintiff and Real Party In Interest in this matter.

### Declaration Under 28 U.S.C. 1746
"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and
correct."

Dated: _Apl 7th_, 2009          BY: _____
                                         Eric Dangerfield, Pro Se
                                         d/b/a Omega Consulting
                                         7706 Pinebrook Dr
                                         San Antonio, Texas 78230
                                         Tel-(210) 430-0649
                                         Fax-(206) 888-4687